JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CASILLAS, | Case No. CV 20-2167-JEM |
| Petitioner, | |
| v. | **J U D G M E N T** |
| GEORGE JAIME, Warden, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith, IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: March 25, 2021

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE